Opinion filed August 21, 2015



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00163-CV

_____

## TNC ENERGY, LLC, Appellant

## V.

## CACTUS TRUCKING & OILFIELD SERVICES, LLC, Appellee

**On Appeal from the 350th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 10375-D**

## MEMORANDUM OPINION

Appellant, TNC Energy, LLC, has filed in this court a motion to dismiss this appeal. In the motion, Appellant states that it "no longer wishes to pursue its appeal" in this case. *See* TEX. R. APP. P. 42.1(a)(1). Appellant requests that the appeal be dismissed "with each side bearing their own costs of appeal," and Appellant has certified that Appellee does not oppose the motion.

The motion is granted, and the appeal is dismissed.

August 21, 2015                                        PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.